67 P.3d 829

# INTERMEDIATE COURT OF APPEALS OF HAWAI‘I

| Case | Number | Date | Disposition |
|---|---|---|---|
| Glenayre Electronics, Inc. v. General Telcourier, Inc. | 24670 | 02/03/2003 | Affirmed and remanded in part |
| Minakami v. Minakami | 24121 | 02/07/2003 | Affirmed in part, vacated in part and remanded |
| State v. Lui | 24172 | 02/07/2003 | Affirmed |
| Moke v. Hawaiian Homes Com'n | 24205 | 02/10/2003 | Affirmed |
| Dunster v. Dunster | 24664 | 02/18/2003 | Affirmed in part, vacated in part and remanded |
| State v. Smith | 24540 | 02/25/2003 | Affirmed |
| Holbrook v. Holbrook | 24028 | 02/27/2003 | Affirmed |
| Parks v. Loo | 23352 | 02/28/2003 | Affirmed |
| State v. Rodriguez | 23425 | 03/06/2003 | Affirmed |
| State v. Yamura | 24362 | 03/07/2003 | Affirmed |
| State v. Johnson | 24122 | 03/07/2003 | Reversed |
| Dirks v. Brooks | 17601 | 03/11/2003 | Affirmed |
| State v. Keawemauhili | 24601 | 03/18/2003 | Vacated and remanded for new trial |
| State v. Wells | 24488 | 03/19/2003 | Affirmed |
| Vaughn v. RFD Publications, Inc. | 24093 | 03/20/2003 | Affirmed |
| Paek v. State | 24351 | 03/21/2003 | Affirmed |
| State v. Merino | 24340 | 03/31/2003 | Affirmed |